## H. B. HOUSER v. STATE.

No. A-5047.   Opinion Filed April 28, 1925.
(235 Pac. 1118.)

Appeal from County Court, Kay County; J. L. Roberson, Judge.

H. B. Houser was convicted of having illegal possession of whisky, and he appeals.   Appeal dismissed.

David L. Carter and J. Earl Smith, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM.   It having been suggested to this court by the attorneys of record for plaintiff in error that H. B. Houser is deceased, and that therefore this appeal should be dismissed, it is hereby ordered and adjudged that this cause should abate, and the appeal is accordingly dismissed.